IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LARRY LYNN,                    )<br>                                )<br>    Plaintiff,              )<br>                                )<br>    v.                          )<br>                                )<br>CRENSHAW COUNTY SHERIFF   )<br>DEPARTMENT, CRENSHAW      )<br>COUNTY JAIL, RONNIE WHITE, )<br>JERRY PRITCHARD, and TERRY )<br>MEARS,                         )<br>                                )<br>    Defendants.             ) | CIVIL ACTION NO.<br>2:14cv379-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff Larry Lynn, a county inmate, filed this lawsuit complaining of treatment while in a county jail.  This lawsuit is now before the court on the recommendations of the United States Magistrate Judge that defendants Crenshaw County Sheriff Department's and Crenshaw County Jail's motions to dismiss should be granted.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendations should be adopted.

An appropriate judgment will be entered.

DONE, this the 16th day of March, 2015.

                              /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**