IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
LARRY LYNN,                      )
                                 )
     Plaintiff,                  )
                                 )     CIVIL ACTION NO.
     v.                          )       2:14cv379-MHT
                                 )            (WO)
CRENSHAW COUNTY SHERIFF          )
DEPARTMENT, CRENSHAW             )
COUNTY JAIL, RONNIE WHITE,       )
JERRY PRITCHARD, and TERRY       )
MEARS,                           )
                                 )
     Defendants.                 )
```

### JUDGMENT

In accordance with the memorandum opinion entered on this date, it is the ORDER, JUDGMENT, and DECREE of that the United States Magistrate Judge's recommendations (doc. nos. 31 & 33) are adopted to the following extent:

(1) Defendants Crenshaw County Sheriff Department's and Crenshaw County Jail's motions to dismiss (doc. nos. 11 and 25) are granted.

    (2) Defendants Crenshaw County Sheriff Department and Crenshaw County Jail are dismissed and terminated as parties.

    The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    This case is not closed.

    DONE, this the 16th day of March, 2015.

                         /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**