IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| LARRY LYNN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv379-MHT |
| | ) | (WO) |
| RONNIE WHITE, JERRY PRITCHARD, and TERRY MEARS, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

After an independent and de novo review of the record, it is ORDERED that the United States Magistrate Judge's recommendations (doc. nos. 31 & 33) are adopted to the extent that the motion to quash or in the alternative to dismiss (doc. no. 14), filed by defendant Terry Mears a.k.a. Terry Mirrow, is granted.

DONE, this the 16th day of March, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE