IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LARRY LYNN,                )<br>                            )<br>    Plaintiff,            )<br>                            )<br>    v.                      )<br>                            )<br>RONNIE WHITE, JERRY         )<br>PRITCHARD, and TERRY        )<br>MEARS,                      )<br>                            )<br>    Defendants.             ) | CIVIL ACTION NO.<br>  2:14cv379-MHT<br>       (WO) |

OPINION AND ORDER

Pursuant to 42 U.S.C. § 1983, plaintiff Larry Lynn, a county inmate, filed this lawsuit complaining of treatment while in a county jail.  This lawsuit is now before the court on the recommendations of the United States Magistrate Judge that defendants Ronnie White's and Jerry Pritchard's motions to dismiss and alternative motions for more definite statement should be granted in part and denied in part.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendations should be adopted.

***

Accordingly, it is the ORDER, JUDGMENT, and DECREE of that the United States Magistrate Judge's recommendations (doc. nos. 31 & 33) are adopted to the following extent:

(1) Defendants Ronnie White's and Jerry Pritchard's motions to dismiss and alternative motions for more definite statement (doc. nos. 12 and 26) are granted in part and denied in part.

(2) The motions to dismiss (doc. nos. 12 and 26) are granted as to all claims except the following: (a) plaintiff Larry Lynn's claim for cruel and unusual punishment resulting from deprivation of medical care and his "unsanitary" conditions of confinement from May 22, 2012, through January, 2013, his release date; and (b) plaintiff Lynn's allegation that he continued to suffer personal injury from the alleged withholding of medical treatment and unsanitary conditions of confinement from May 22, 2012, until May 22, 2014.

(3) The motions for more definite statement (doc. nos. 12 and 26) are granted such that on or before April 16, 2015, plaintiff Lynn is to file an amended

complaint that (a) specifically states what medical care defendants failed to provide him; (b) specifically describes his conditions of confinement; (c) specifically names the defendant or defendants responsible for his conditions of confinement and medical care during the time period May 22, 2012, through January, 2013; and (d) specifically states the medical conditions that plaintiff Lynn alleges he suffered from May 22, 2012 through May 22, 2014, due to violation of his constitutional rights by defendants and gives facts describing these conditions including the onset dates.

    This case is not closed.

    DONE, this the 16th day of March, 2015.

                         /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**