IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY LYNN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE NO. .2:14-cv-379-MHT-TFM |
| | ) |
| CRENSHAW COUNTY SHERIFF DEPT., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon consideration of this Court's March 16, 2015 Order which required Plaintiff to file an amended complaint on or before April 16, 2015 (Doc. 37), it is

ORDERED that Plaintiff shall show cause on or before May 13, 2015 for his failure to file an amended complaint in accordance with this court's Order (Doc. 37) and shall also file an amended complaint on or before May 13, 2015.

**The Plaintiff is CAUTIONED that if Plaintiff fails to comply with this Order the Court will recommend dismissal of this action for failure to prosecute.**

DONE this 29th day of April, 2015.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE