IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
LARRY LYNN,                      )
                                 )
    Plaintiff,                   )
                                 )    CIVIL ACTION NO.
    v.                           )      2:14cv379-MHT
                                 )           (WO)
RONNIE WHITE, JERRY              )
PRITCHARD, and TERRY             )
MEARS,                           )
                                 )
    Defendants.                  )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff filed this lawsuit complaining of the denial of medical treatment and other alleged mistreatment while previously incarcerated in the Crenshaw County Jail. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the case be dismissed for failure to prosecute. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendations should be adopted.

An appropriate judgment will be entered.

DONE, this the 10th day of June, 2015.

                         /s/ Myron H. Thompson
                        **UNITED STATES DISTRICT JUDGE**